IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RALPH MORENO,

    Defendant.

4:13CR3141

**ORDER**

IT IS ORDERED:

1)  The motion of attorney Stacy C. Nossaman-Petitt to withdraw as counsel of record for defendant Ralph Moreno, (filing no. 15), is granted.

2)  The clerk shall delete Stacy C. Nossaman-Petitt from any future ECF notifications herein.

February 21, 2014.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge