# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:13CR3141 |
| v. | ) | |
| RALPH MORENO, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States and against Moreno dismissing the defendant's § 2255 motion with prejudice. No certificate of appealability has been or will be issued by the undersigned.

DATED this 9th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge